UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-21887-RAR

**ARANTZA ESPINOZA**,

    Plaintiff,

v.

**CHANEL, INC.**,
*a foreign profit corporation d/b/a CHANEL*,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice, [ECF No. 17], filed on September 26, 2024. The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*. Any pending motions are **DENIED as MOOT**, and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 26th day of September, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**